250 So.2d 608

**Robert Luther NEAL**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

4 Div. 415.

Supreme Court of Alabama.

July 8, 1971.

William J. Baxley, Atty. Gen., and Herbert H. Henry, Asst. Atty. Gen., for petitioner.

Alto V. Lee, III and William L. Lee, III, Dothan, for respondent.

LAWSON, Justice.

Petition of the State by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Neal v. State, 47 Ala.App. 68, 250 So.2d 605

Writ denied.

MERRILL, HARWOOD, MADDOX and McCALL, JJ., concur.

■

254 So.2d 431

**In re Guy F. PARKER and E. F. Mauldin, et al.**

**v.**

**Robert SUTTON and Coy Sutton.**

**Ex parte E. F. MAULDIN, PREUIT AND MAULDIN, a Partnership, and Guy Parker.**

8 Div. 456.

Supreme Court of Alabama.

Nov. 11, 1971.

Calvin, Gilchrist & Murphree, Decatur, for E. F. Mauldin, Preuit & Mauldin, a partnership.

Harris, Harris, Shinn & Harris, Decatur, for Guy Parker.

No brief filed for respondents.

HARWOOD, Justice.

Petition of E. F. Mauldin, Preuit and Mauldin, a Partnership, and Guy Parker for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Parker v. Sutton and Sutton, 254 So.2d 425.

Writ denied.

LAWSON, MERRILL, MADDOX and McCALL, JJ., concur.